

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-10-2012

# USA v. Cremne Branch

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1205

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Cremne Branch" (2012). *2012 Decisions*. Paper 62.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/62

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1205
_____

UNITED STATES OF AMERICA

v.

CREMNE BRANCH,

Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(No. 1-05-cr-00146-001)
District Judge:  Honorable Christopher C. Connor

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 11, 2012
_____

Before:  SMITH, CHAGARES, and GARTH, Circuit Judges.

(Filed: December 10, 2012)
_____

JUDGMENT ORDER
_____

The defendant Branche having appealed from the denial of his motion to vacate,

set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and from the denial of a

certificate of appealability by the District Court, it is on this 10th day of December, 2012

ordered and adjudged that the judgment of the District Court entered on December 17,

2010 be and the same is hereby affirmed substantially for the reasons so adequately set forth in the District Court's opinion.

BY THE COURT,

Michael A. Chagares
Circuit Judge

Dated: December 10, 2012